UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 3 1 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ROBERT LEE, )
)
Plaintiff, )
)
v. ) Civil Action No. 20-0179 (UNA)
)
NSA, )
)
Defendant. )

## MEMORANDUM OPINION

"[A] complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see Brandon v. District of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984). A complaint lacks an arguable basis in fact when "the facts alleged are clearly baseless, a category encompassing allegations that are fanciful, fantastic, and delusional." *Denton v. Hernandez*, 504 U.S. 25, 33 (1992). Based on its review of plaintiff's pleading, including its allegations that NSA watches him, engages in mind control, and uses electronic weapons on his family, the Court deems the complaint frivolous under 28 U.S.C. § 1915(e)(2)(B)(i). Therefore, the Court will grant plaintiff's motion to proceed *in forma pauperis* and dismiss the complaint. An Order is issued separately.

DATE: January 31, 2020

_____
United States District Judge